IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| WENDY FITZWATER, on behalf of herself and similarly situated employees, | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| vs. | ) ) ) | Civil Action No. 1:18-cv-00137 |
| MIKE COLE SR., et al. | ) ) ) | FLSA Collective Action |
| | ) ) | Jury Demand |
| Defendants. | ) ) | |

**MOTION FOR EXPEDITED COURT-SUPERVISED NOTICE TO THE PUTATIVE CLASS AND FOR CONDITIONAL CERTIFICATION**

Named Plaintiff Wendy Fitzwater (hereinafter "Plaintiff" of "Fitzwater") requests that the Court grant this Motion for Expedited Court-Supervised Notice to the Putative Class and for Conditional Certification. In support of this motion, Plaintiff submits a memorandum of law, declarations, exhibits, and the proposed notice.

For the reasons set forth in Plaintiff's memorandum of law and based on the evidence submitted in support hereof, Plaintiff respectfully requests that this Court authorize Plaintiff's counsel to notify putative class members of this pending litigation and provide them an opportunity to join the case.

Specifically, Plaintiff seeks notice be issued to all individuals in the following putative class:

> **All current and former employees of Big Mike's Steakhouse for whom Defendants claimed a "tip credit" by paying them a direct hourly wage of less than $7.25 per hour for any work week since September 10, 2015.**

1

As demonstrated by the evidence being submitted by Fitzwater, Defendants violated the "tip credit" provisions of the FLSA found at 29 U.S.C. § 203(m). In light that individuals' claims grow stale and die with every day that passes, Fitzwater moves this Court for expeditious facilitation and approval of the terms, provisions, and issuance of notice to the putative class.

Pursuant to the Court's exercise of discretion to manage the terms and provision of the notice issued to individuals similarly situated to Fitzwater, Plaintiff respectfully requests the Court order that:

1. This case proceed as a collective action;
2. The Defendants provide to Plaintiff's counsel within ten (10) days, the names (last name, first name, and middle name), location(s) worked, current or last known home address(es)(with a separate column for street address, city, state and zip code), current or last known e-mail address(es), current or last known telephone number(s), dates of employment, and positions held in in an excel spreadsheet with a row for each individual and a separate column for each field presented (or other format agreeable to Plaintiff) – of all individuals who were paid a direct wage of less than $7.25 per hour in any workweek since September 10, 2015;
3. Plaintiff's counsel may notify in the form consistent with Exhibit 8 of this Motion all putative class members via U.S. Mail and electronic mail on an expedited schedule;
4. All putative class members shall have 90 days from the date Defendants provide the putative class information in full compliance with this Order to opt-into[1] this action; and,

---

[1] For purposes of determining whether a putative class member has timely opted-into this action Plaintiff requests the Court to use the earlier of the postmark date or the date the consent form is

5. All putative class members whose U.S. Mail notice is returned as undeliverable shall have an additional 30 days to return their notice.

Dated: September 11, 2018

Respectfully submitted,

/s/ *Daniel E. Arciniegas*
Daniel E. Arciniegas
Arciniegas Law, PLLC
daniel@attorneydaniel.com
501 Union Street
Nashville, TN 37219
Attorney for Plaintiff

*/s/Charles P. Yezbak, III*
Charles P. Yezbak, III
Yezbak Law Offices PLLC
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
Attorney for Plaintiff

---

received at Plaintiff's counsel's office (whether via email, facsimile, overnight delivery or hand delivery).

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2018, a true and correct copy of the above and foregoing document, *Plaintiffs' Motion for Court Supervised Notice to the Putative Class and for Conditional Certification* has been properly served via the Court's ECF system, which sent electronic notice to the following counsel of record:


H. William Wasden
bwasden@burr.com
Emily C. Killion
ekillion@burr.com
BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama 36652
Telephone: (251)-3344-5151
Facsimile: (251)344-9696

                                        */s/ Daniel E. Arciniegas*
                                        Daniel E. Arciniegas
                                        Arciniegas Law, PLLC
                                        daniel@attorneydaniel.com
                                        501 Union Street
                                        Nashville, TN 37219
                                        Attorney for Plaintiff

                                        */s/Charles P. Yezbak, III*
                                        Charles P. Yezbak, III
                                        Yezbak Law Offices PLLC
                                        2002 Richard Jones Road, Suite B-200
                                        Nashville, TN 37215
                                        Attorney for Plaintiff