# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY FITZWATER, on behalf of herself and similarly situated employees, PLAINTIFF, <br><br> Vs. <br><br> MIKE COLE SR., SCOTT POWELL, CAINE CONWAY, CASEY TAYLOR, BIG MIKE'S RESTAURANT LLC BIG MIKE'S STEAKHOUSE OB, LLC BIG MIKE'S RESTAURANT II, L.L.C. and BIG MIKE'S RESTAURANT ANDALUSIA LLC | Civil Action No: 1:18-cv-00137-N <br><br> FLSA Collective Action <br><br> Jury Demand |

## Wendy Fitzwater's Declaration

I am over the age of eighteen years of age I declare the following is true and correct and based on my personal knowledge under penalty of perjury:

1. I was employed as a server at the Big Mikes Steakhouse restaurant located in Orange Beach, Alabama.

2. During my employment I received paychecks showing an hourly rate of $1.00 per hour.

3. During my employment I was not paid a direct hourly wage of $7.25 per hour.

4. Defendants did not inform me of the tip credit provisions.

5. I was required to purchase a Big Mikes Steakhouse uniform shirt and I was not reimbursed by my employer for the out-of-pocket expense.

1

6. I was required to wear a Big Mike's Steakhouse t-shirt to perform my job.

7. I also bought pens and brown shorts.

8. I was required to purchase an apron and I was not reimbursed by my employer for the out-of-pocket expense.

9. I was required to spend time maintaining and washing my uniform shirt.

10. Other employees were required to purchase the uniform shirts, aprons, shorts.

11. During my employment my employer did not record the time spent maintaining and cleaning my uniform shirt.

12. I was not compensated for time spent or costs incurred for maintaining and washing my uniform shirt.

13. I had to replace the uniforms when they were stained by food grease and cleaning products (bleach) we were exposed to at work.

14. I was required to tip out the manager when the manager worked as a bartender.

15. I and other employees were required to tip out for "bussers" even when there were no "bussers."

16. The tip out came out of our credit tips automatically.

17. During my employment I was required to perform food preparation, janitorial work, stock person, and other tasks before I started serving my first customer and after I finished serving my last customer.

18. I and other employees, including servers, would take bread out of boxes, place it on pans and put in warmer.

19. The ranch and thousand islands dressings were house made. We would portion those out.

20. The tartar and cocktail sauce was house made. I and other servers would portion those out.

21. I and other employees, including servers, would portion out the dressing that weren't house made.

22. I and other employees, including servers, would cut lemons.

23. I and other employees, including servers, were required to sweep and mop, move chairs on tables, take trash out, clean storage area, clean front porch, pick up the smoking area, and other cleaning tasks.

24. I and other employees, including servers, were required to stock mayonnaise, mustard, A-1 sauce, pickles, and beer. This involved moving cases into the freezer, walk-in freezer, or shelves.

25. I and other employees, including servers, were also required to stock the server station.

26. I and other employees, including servers, would have to fill the ice bins and the coffee makers.

27. I and other employees, including servers, would break down and clean the tea urns.

28. I heard other servers complain about the tip out practice.

29. I heard other servers complain about the amount of non-server work we performed before and after our first and last customer.

30. I believe other servers will join this lawsuit if they learn about the tip credit law.

31. I received paycheck stubs showing my hourly rate was $1.00 per hour when working at Orange Beach.

I declare that the above is true and correct, based on personal knowledge, under penalty of perjury.

_____                          _____
Date                                    Wendy Fitzwater

4