# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY FITZWATER, on behalf of herself and similarly situated employees, PLAINTIFF, | )<br>)<br>)<br>) |
| Vs. | ) Civil Action No: 1:18-cv-00137-N<br>)<br>) FLSA Collective Action |
| MIKE COLE SR., SCOTT POWELL, CAINE CONWAY, CASEY TAYLOR, BIG MIKE'S RESTAURANT LLC BIG MIKE'S STEAKHOUSE OB, LLC BIG MIKE'S RESTAURANT II, L.L.C. and BIG MIKE'S RESTAURANT ANDALUSIA LLC | )<br>)<br>)<br>)    Jury Demand<br>)<br>)<br>)<br>) |

## Carlissa Phillips' Declaration

I am over the age of eighteen years of age I declare the following is true and correct and based on my personal knowledge under penalty of perjury:

1. I was employed as a server at the Big Mikes Steakhouse restaurant located in Thomasville, Alabama and Orange Beach, Alabama.

2. During my employment I received paychecks showing an hourly rate of $1.00 per hour when working at the Orange Beach location.

3. During my employment I was not paid a direct hourly wage of $7.25 per hour.

4. Defendants did not inform me of the tip credit provisions.

5. I was required to purchase a Big Mikes Steakhouse apron and I was not reimbursed by my employer for the out-of-pocket expense.

1

6. I was required to wear an Angus beef logoed apron in Thomasville and a logo t-shirt in Orange Beach.

7. I also bought pens, shorts, and pants that were required for the job.

8. I was required to purchase pens, shorts, and pants and I was not reimbursed by my employer for the out-of-pocket expense.

9. I was required to spend time maintaining and washing my logoed apron and uniform shirt.

10. Other employees were required to purchase the uniform shirts, aprons, shorts.

11. During my employment my employer did not record the time spent maintaining and cleaning my uniform shirt and logoed apron.

12. I was not compensated for time spent or costs incurred for maintaining and washing my uniform shirt and logoed apron.

13. I had to replace the uniform shirts and logoed apron when they were stained by food grease and cleaning products (bleach) we were exposed to at work.

14. I was required to tip out the manager when the manager worked as a bartender.

15. I and other employees were required to tip out for "food runners" even when there was not a food runner that ran food.

16. The tip out automatically came out of our credit card tips.

17. During my employment I was required to perform food preparation, janitorial work, stock person, and other tasks before I started serving my first customer and after I finished serving my last customer.

18. I and other employees, including servers, would take bread out of boxes, place it on pans and put in oven when in Thomasville.

19. I and other servers would make the ranch and thousand islands dressings. I and other servers would portion those out.

20. I and other servers would make the tartar and cocktail sauce that was house made. I and other servers would portion those out.

21. I and other employees, including servers, would portion out the dressing that weren't house made.

22. I and other employees, including servers, would cut lemons.

23. I and other employees, including servers, in Thomasville were required to sweep and mop, move chairs on tables, pick up the smoking area, and other cleaning tasks.

24. I and other employees, including servers, were required to stock A-1 and other sauces.

25. I and other employees, including servers, were also required to stock the server station.

26. I and other employees, including servers, would break down and clean the tea urns.

27. I heard other servers complain about the tip out practice.

28. I heard other servers complain about the amount of non-server work we performed before and after our first and last customer.

29. I believe other servers will join this lawsuit if they learn about the tip credit law.

30. I received paycheck stubs showing my hourly rate was $1.00 per hour when working at Orange Beach.

31. I saw employees at the Thomasville location with an hourly rate of $1.00 per hour.

32. I remember going to clock out and discovering that management had already clocked me out on numerous occasions.

33. When I worked at Thomasville I received pay checks that did not show my hourly rate or the number of hours the company recorded for that pay period.

I declare that the above is true and correct, based on personal knowledge, under penalty of perjury.

08/30/2018
Date

Carlissa Phillips (Aug 30, 2018)
Carlissa Phillips

4