# EXHIBIT 3

BIG MIKE'S RESTAURANT LLC ORANGE BEACH

WENDY R. FITZWATER

Employee ID: WFITZWATER
Social Sec #: xxx-xx-7623

| | Hours | Rate | Total |
|---|---|---|---|
| | 49.06 | 1.00 | 49.06 |

|  | This Check | Year to Date |
|---|---|---|
| Gross | 49.06 | 1,239.95 |
| Fed Income | -63.92 | -1,757.61 |
| Soc Sec | -32.87 | -797.07 |
| MEDICARE | -7.69 | -186.41 |
| St Income | -19.05 | -474.59 |
| Tips | 481.05 | 11,616.18 |
| TIPS1 | 481.05 | 11,616.18 |

Regular    49.06    49.06

Total    49.06

Net Check:    $406.58

Pay Period Beginning: Nov. 26, 2017
Pay Period Ending: Dec. 2, 2017

Check Date: 12/6/17
Weeks in Pay Period: 1

1484

