# EXHIBIT 4

```
BIG MIKE'S RESTAURANT LLC ORANGE BEACH                                              1052

         CARLISSA PHILLIPS                              Employee ID:  CPHILLIPS
                                                        Social Sec #  xxx-xx-8354
                          This Check    Year to Date        Hours        Rate        Total
     Gross                  36.73         132.00   Regular  36.73         1.00        36.73
     Fed Income            -19.51        -113.71
     Soc Sec               -14.51         -66.35
     MEDICARE               -3.39         -15.51
     St Income              -6.11         -34.46
     Tips                  197.37         938.15
     TIPS1                 197.37         938.15


     Net Check:          $190.58              Total          36.73                    36.73
            Pay Period Beginning: Jul 2, 2017                 Check Date: 7/12/17
            Pay Period Ending: Jul 8, 2017                    Weeks in Pay Period: 1
```