# EXHIBIT 6



9338

BIG MIKE'S RESTAURANT, LLC

CARLISSA L. PHILLIPS

Employee ID: CARLISSA PHILLIPS
Social Sec # xxx-xx-8354

Total
59.01

| | This Check | Year to Date | |
|---|---|---|---|
| Gross | 59.01 | 3,202.39 | Salary |
| Fed Income | -51.91 | -2,115.21 | |
| Soc Sec | -27.90 | -1,182.01 | |
| MEDICARE | -6.53 | -276.47 | |
| St Income | -15.44 | -629.39 | |
| Tips | 391.04 | 15,862.26 | |
| Tip | 391.04 | 15,862.26 | |

tips approx
474.27

83.23

Net Check: $348.27                         Total                 59.01

Pay Period Beginning: Nov 26, 2017                 Check Date: 12/6/17
Pay Period Ending: Dec 2, 2017                     Weeks in Pay Period: 1