# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **WENDY FITZWATER, on behalf of herself and similarly situated employees,** | ) ) ) ) | |
| **PLAINTIFF,** | ) ) ) | Civil Action No. |
| vs. | ) ) | 1:18-cv-00137 |
| **MIKE COLE SR., SCOTT POWELL, CAINE CONWAY, CASEY TAYLOR, BIG MIKE'S RESTAURANT LLC BIG MIKE'S STEAKHOUSE OB, LLC BIG MIKE'S RESTAURANT II, L.L.C. and BIG MIKE'S RESTAURANT ANDALUSIA LLC** | ) ) ) ) ) ) ) ) ) | FLSA Collective Action  Jury Demand |
| **DEFENDANTS** | ) | |

## NOTICE OF COLLECTIVE ACTION

**TO:** All current and former employees of any Big Mike's Steakhouse restaurant for whom Defendants claimed a "tip credit" by paying them a direct hourly wage of less than $7.25 per hour for any work week since September 10, 2018.

**RE:** Federal lawsuit seeking to recover wages and misappropriated tip money owed for violations of minimum wage, overtime, tip credit, and tip sharing under the Fair Labor Standards Act.

1. **INTRODUCTION.** The purpose of this Notice is to: (1) inform you of the existence of a lawsuit that you are entitled to join; (2) advise you of how your rights may be affected by this lawsuit; and, (3) instruct you on the procedure for joining this lawsuit.

2. **DESCRIPTION OF LAWSUIT.** A former employee of Big Mike's Steakhouse filed a lawsuit on behalf of herself and other similarly situated employees to recover the unpaid wages and misappropriated tip money, plus liquidated damages owed for violations of the Fair Labor Standards Act. Plaintiff alleges she and other similarly situated employees are owed money because the Defendants violated federal law by:

   a. Violating the legal requirement necessary to legally claim a tip credit by:

1

      i. Paying a direct regular hourly rate less than $2.13 per hour for hours under forty hours per week;

     ii. Paying a direct overtime hourly rate less than $5.76 per hour for hours over forty hours per week;

    iii. Automatically withholding tip money not distributed as part of valid tip pool;

    iv. shifting employer expenses to employees (see b below);

     v. failing to notify employees of the legal prerequisites to claim a tip credit;

    vi. Paying direct hourly wage less than $7.25 per hour for hours spent performing not-tipped work in excess of 20% of weekly work hours.

b. Illegally shifting company business expenses to their employees, including:

      i. Requiring employees to pay for shirts and aprons required to perform their job;

     ii. Requiring employees to incur the expense and time of maintaining their uniforms;

    iii. Requiring employees to pay for tools of the trade (pens, server books, and shoes);

c. failing to pay for all hours worked, including:

      i. rolling back or eliminating recorded hours from time records;

     ii. failing to pay for time spent cleaning uniforms;

3.    **PUTATIVE CLASS.** Plaintiff has filed this action on behalf of herself and on behalf of similarly situated former and current employees who worked at any Big Mike's Steakhouse at any time since September 10, 2015 and for whom the company claimed a "tip credit" – that is paid a direct wage of less than $7.25 per hour in any work week.

4.    **YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT.** If you worked at Big Mikes from September 10, 2018, and the company claimed a tip credit in any work week you may join this lawsuit as an "opt-in" plaintiff. To join this lawsuit, you must mail the "Consent to Become Party Plaintiff" form attached to this document to Plaintiff's counsel by {INSERT DATE}. Plaintiff's counsel's address is:

Charles P. Yezbak, III<br>
Yezbak Law Offices PLLC<br>
2002 Richard Jones Road Suite B-200<br>
Nashville, TN 37215<br>
Phone: (615) 250-2000<br>
Fax: (615) 250-2020

2

yezbak@yezbaklaw.com

**If you fail to return the "Consent To Become Party Plaintiff" form to Plaintiffs' counsel by [DATE], you will not be included in this lawsuit.** If you return the "Consent to Become a Party Plaintiff" form Yezbak Law Offices will mail you a confirmation of receipt within 14 days (if you do not receive this confirmation please call 615-250-2000). Retain this confirmation letter as proof that you joined this lawsuit. If you do not receive this letter, it means that Yezbak Law Offices did not receive your Consent to Sue form and you have not been included in this lawsuit.

**5.     EFFECT OF JOINING THIS LAWSUIT.** If you choose to join in the suit you will be bound by any judgment, whether it is favorable or unfavorable, or by any approved settlement. If the Plaintiff wins, or the parties enter into a settlement agreement, you may be eligible for a damages award; if the Plaintiff loses, no damages will be awarded.

By joining this lawsuit, you designate the Named Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. By joining the lawsuit, Plaintiffs' counsel will become your attorneys, and you will be entitled to communicate with, provide input, and receive advice directly from them.

The attorneys for the class are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fee. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class, or may be paid a separate amount by Defendants.

**6.     EFFECT OF NOT JOINING THIS LAWSUIT.** If you choose not to join this lawsuit, you will not be bound by any judgment, whether it is favorable or unfavorable, or by any approved settlement. And, if you choose not to join this lawsuit, you will not be entitled to any money obtained by the Plaintiffs through a judgment or settlement. If you choose not to join in this lawsuit, you are free to file a lawsuit of your own. However, if you do not join in this lawsuit or file a lawsuit of your own, the time limit for action on any unpaid wages or overtime claims you may have will continue to run and may cause your claim to be barred by the statute of limitations.

**7.     RETALIATION PROHIBITED.** The Fair Labor Standards Act includes an anti-retaliation provision that prohibits any person from discharging or any other manner discriminating against any employee because such employee has filed any complaint related to the Act.

**8.     CLASS COUNSEL.**     If you chose to join this suit, Plaintiffs through their attorneys will represent your interest. Plaintiffs' attorneys will be your attorneys for purposes of this lawsuit. Plaintiffs' attorneys and attorneys for the class are:

Charles P. Yezbak, III
Yezbak Law Offices PLLC
2002 Richard Jones Road Suite B-200

Nashville, TN 37215
Phone: (615) 250-2000
Fax: (615) 250-2020
yezbak@yezbaklaw.com

Daniel Arciniegas
Arciniegas Law PLLC
501 Union Street, Suite 501
Nashville, TN, 37219
Phone/Fax: (629) 777-5339
daniel@attorneydaniel.com

**For further information about participating in this lawsuit contact class counsel at 615-250-2000 or visit [http://www.BigMikesLawsuit.com](http://www.BigMikesLawsuit.com)**

**9.      NO LEGAL EFFECT IN NOT JOINING THIS LAWSUIT.** If you choose not to join this lawsuit, you will not be affected by any decisions, judgments or settlement rendered in this case, whether favorable or unfavorable to the class.

4