## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| WENDY FITZWATER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 18-00137-N |
| | ) | |
| MIKE COLE, SR, et al., | ) | |
|     Defendants. | ) | |

### ORDER

This action is before the Court on the Motion to Certify Class (Doc. 31) filed by Plaintiff. Plaintiff files this motion to request the authority to notify putative class members of pending litigation and provide them the opportunity to join the case. Defendant is **ORDERED** to respond to the Motion (Doc. 31) on or before **Thursday, September 27, 2018**. Plaintiff is **ORDERED** to reply to the response on or before **Thursday, October 4, 2018**.

**DONE** and **ORDERED** this the 13th day of September 2018.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**