# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WENDY FITZWATER, on behalf of herself and similarly situated employees, ) ) ) | Case No. 1:18-cv-137 |
| Plaintiff, ) ) | FLSA Collective Action |
| v. ) ) | Magistrate Judge Nelson |
| MIKE COLE, SR., et al. ) ) | Jury Demand |
| Defendants. ) | |

## JOINT NOTICE OF FILING FULLY EXECUTED VERSION OF WENDY FITZWATER'S SETTLEMENT AGREEMENT AND GENERAL RELEASE

Plaintiff Wendy Fitzwater ("Fitzwater") and the opt-in plaintiffs (collectively, "Plaintiffs") and Defendants Mike Cole, Sr., Scott Powell, Caine Conway, Casey Taylor, Big Mike's Restaurant LLC, Big Mike's Steakhouse OB, LLC, Big Mike's Restaurant II, LLC, and Big Mike's Restaurant Andalusia, LLC (collectively, "Defendants") hereby jointly give notice to this Court that they have attached to this filing a fully executed copy of the Settlement Agreement and General Release ("Agreement") that Wendy Fitzwater executed in exchange for her separate settlement payment for FLSA retaliation.

The Parties previously filed a version of the Agreement bearing only Fitzwater's unnotarized signature. [Doc. 94-2.] Since that filing, Fitzwater has executed a version of the Agreement before a notary, and Defendants have executed the Agreement. The Parties file this notice to supplement the record accordingly.

Dated: September 12, 2019       /s/ *N. Chase Teeples*
                                                     Charles P. Yezbak, III
                                                     N. Chase Teeples
                                                     YEZBAK LAW OFFICES PLLC
                                                     2002 Richard Jones Road, Suite B-200
                                                     Nashville, TN 37215
                                                     Tel.: (615) 250-2000
                                                     teeples@yezbaklaw.com
                                                     yezbak@yezbaklaw.com

                                                     Daniel E. Arciniegas
                                                     ARCINIEGAS LAW, PLLC
                                                     501 Union Street
                                                     Nashville, TN 37219
                                                     Tel.: (629) 777-5339
                                                     daniel@attorneydaniel.com

                                                     *Counsel for Plaintiffs*


                                                     /s/ *Emily C. Killion*
                                                     H. William Wasden
                                                     Emily C. Killion
                                                     BURR & FORMAN LLP
                                                     Post Office Box 2287
                                                     Mobile, AL 36652
                                                     Telephone: (251) 344-5151
                                                     Facsimile: (251) 344-9696
                                                     ekillion@burr.com
                                                     bwasden@burr.com

                                                     *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, I served via the Court's ECF system a true and correct copy of this document on the following counsel of record:

H. William Wasden
Emily C. Killion
BURR & FORMAN LLP
Post Office Box 2287
Mobile, AL 36652
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
bwasden@burr.com
ekillion@burr.com

*Counsel for Defendants*

                                          /s/ *N. Chase Teeples*
                                          N. Chase Teeples