IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WENDY FITZWATER, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 18-00137-N |
| | ) | |
| MIKE COLE, SR, et al., | ) | |
|     Defendants. | ) | |

## AMENDED JUDGMENT

This Court hereby amends the Judgment it previously entered against Defendants on Plaintiffs' claims against Defendants for alleged violations of the Fair Labor Standards Act of 1938 ("FLSA" or "Act") provisions governing minimum wages, overtime compensation, and the tip credit, 29 U.S.C. §§ 203(m), 206–07. (Doc. 101).

This Court previously entered a Judgment against Defendants dated November 22, 2019 (Doc. 101), which decreed that Defendants shall pay to Plaintiffs $105,000 for back pay and liquidated damages, less the $9012.95 previously paid by Defendants, which amounts to $95,987.05 in new money to be paid by Defendants.

In accordance with that Judgment, the Court notes that Defendants have paid to Plaintiffs for resolution of their FLSA claims for back pay and liquidated damages the following gross amounts, half of which were paid as wages and half of which were paid as liquidated damages:

1. Plaintiff Wendy Fitzwater recovered from Defendants, jointly and severally, the sum of $16,266.35 on her FLSA claims for back pay and liquidated damages;

2. Plaintiff Alexandria Glass recovered from Defendants, jointly and severally, the sum of $5,602.10 on her FLSA claims for back pay and liquidated damages;

3. Plaintiff Cynthia Woodard recovered from Defendants, jointly and severally, the sum of $7,745.97 on her FLSA claims for back pay and liquidated damages;

4. Plaintiff Jeanie L. Odom recovered from Defendants, jointly and severally, the sum of $3,046.30 on her FLSA claims for back pay and liquidated damages;

5. Plaintiff Lisa Smith recovered from Defendants, jointly and severally, the sum of $3,778.32 on her FLSA claims for back pay and liquidated damages;

6. Plaintiff Veronica McLaughlin recovered from Defendants, jointly and severally, the sum of $644.41 on her FLSA claims for back pay and liquidated damages; and

7. Plaintiff Carlissa Phillips recovered from Defendants, jointly and severally, the sum of $38,903.60 on her FLSA claims for back pay and liquidated damages.

Defendants also paid to Plaintiff Wendy Fitzwater an amount of $20,000.00 to settle any and all claims, including FLSA retaliation, that Plaintiff Fitzwater may have against Defendants, as set forth by the terms in the Settlement Agreement and General Release executed by Fitzwater.

Plaintiffs are prevailing parties under the FLSA and are therefore entitled to a mandatory award of attorneys' fees, costs, and expenses. In addition to the back pay and liquidated damages which have been paid by Defendants, the Court **ADJUDGES** and **DECREES** that Defendants shall also pay to Plaintiffs the

additional amount of $75,000.00 for mandatory, reasonable attorneys' fees, costs, and expenses under 29 U.S.C. § 216(b). Specifically, Defendants will pay to Plaintiffs $67,101.54 in reasonable attorneys' fees and $7898.46 in reasonable costs and expenses.

It is further **ADJUDGED** and **DECREED** that, absent a subsequent order by this Court, this lawsuit and all claims arising herein are **DISMISSED WITH PREJUDICE** from the Court's active docket.

**DONE** this the 10th day of February 2020.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**